```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
```



FILED

DEC 12 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-07-MJ-0384 EFB |
|         Plaintiff, ) | |
|   v. ) | Request For Unsealing of |
| Cesar QUINTERO-FELIX, Jasmin ) | Complaint, Arrest Warrants and |
| RUIZ, Felix JAUREGUI, Armando ) | Affidavit in Support of Complaint |
| SANCHEZ, Jesus AVILA, Genaro ) | and [proposed] Order |
| LUNA, Eric BROOKS and James ) | |
| Lawrence HONEYCUTT, ) | |
|         Defendant. ) | |

TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES MAGISTRATE JUDGE:

COME NOW Philip A. Ferrari, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On December 11, 2007, this Court issued an order sealing the Complaint, Arrest Warrants, and Affidavit in Support of Complaint in the above-referenced case.

2. On December 12, 2007, defendants QUINTERO-FELIX, RUIZ,

1  SANCHEZ, JAUREGUI, AVILA, LUNA and HONEYCUTT were arrested on the
2  aforementioned warrants.
3      THEREFORE, your petitioner prays that the aforesaid Complaint,
4  Arrest Warrants and Affidavit in Support of Complaint be unsealed
5  and made part of the public record.

Dated: December 12, 2007              Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      U.S. ATTORNEY


                                  by: /s/ Philip A. Ferrari
                                      PHILIP A. FERRARI
                                      Assistant U.S. Attorney


    The Court hereby orders that the Complaint, Arrest Warrants and
Affidavit in Support of Complaint in case No. S-07-MJ-0348 EFB be
unsealed and made part of the public record.

DATED: 12-12-07


                                      /s/ Edmund F. Brennan
                                      HON. EDMUND F. BRENNAN
                                      United States Magistrate Judge

2