1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744



FILED

DEC 12 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-07-MJ-0384 EFB |
| Plaintiff, ) | |
| v. ) | Request For Unsealing of |
| Cesar QUINTERO-FELIX, Jasmin ) RUIZ, Felix JAUREGUI, Armando ) SANCHEZ, Jesus AVILA, Genaro ) LUNA, Eric BROOKS and James ) Lawrence HONEYCUTT, ) | Complaint, Arrest Warrants and Affidavit in Support of Complaint and [proposed] Order |
| Defendant. ) | |

TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES MAGISTRATE JUDGE:

COME NOW Philip A. Ferrari, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On December 11, 2007, this Court issued an order sealing the Complaint, Arrest Warrants, and Affidavit in Support of Complaint in the above-referenced case.

2. On December 12, 2007, defendants QUINTERO-FELIX, RUIZ,

1  SANCHEZ, JAUREGUI, AVILA, LUNA and HONEYCUTT were arrested on the
2  aforementioned warrants.
3     THEREFORE, your petitioner prays that the aforesaid Complaint,
4  Arrest Warrants and Affidavit in Support of Complaint be unsealed
5  and made part of the public record.

7  Dated: December 12, 2007            Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       U.S. ATTORNEY

                                  by:  /s/ Philip A. Ferrari
                                       PHILIP A. FERRARI
                                       Assistant U.S. Attorney

16     The Court hereby orders that the Complaint, Arrest Warrants and
17  Affidavit in Support of Complaint in case No. S-07-MJ-0348 EFB be
18  unsealed and made part of the public record.

20  DATED:  12-12-07

                                       /s/ Edmund F. Brennan
                                       HON. EDMUND F. BRENNAN
                                       United States Magistrate Judge