IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-571-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>RELATED CASE ORDER</u> |
| | ) | |
| CESAR QUINTERO-FELIX; JASMIN RUIZ; ARMANDO SANCHEZ; FELIX JAUREGUI; GENARO LUNA; JAMES LAWRENCE HONEYCUTT; JESUS AVILA-AVILA; ERIC BROOKS; and AID LUANGRATH, JR., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE APPLICATION FOR INTERCEPTION OF WIRE COMMUNICATIONS | ) ) ) ) ) ) | 2:07-sw-251-GEB |

On December 26, 2007, the United States filed a "Related Case Memorandum" which states that because "[t]he indictment in [2:07-cr-571-MCE] charges conduct stemming from an investigation conducted by the Drug Enforcement Administration during which the interception of communications was authorized by the Honorable Chief Judge Garland E. Burrell, Jr. [in 2:07-sw-251-GEB, and therefore] both actions involve the same parties and events, . . .

1

the United States believes that the [above-captioned] cases are related and substantial judicial economy will be achieved by assignment to one district court judge." The United States' request to relate the above-entitled matters was just brought to the undersigned judge's attention today.

Examination of the above-entitled matters reveals they are related within the meaning of Local Rule 83-123(a), since they involve the same parties and events. Accordingly, the assignment of the matters to the undersigned judge is likely to achieve judicial economy.

IT IS THEREFORE ORDERED that action 2:07-cr-571-MCE is reassigned to Judge Garland E. Burrell, Jr. for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall show the initials "GEB" instead of the other judge's initials. Further, all status conferences currently scheduled to commence at 9:00 a.m. on January 24, 2008 in Courtroom 3 are rescheduled to commence at 9:00 a.m. on January 25, 2008 in Courtroom 10.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  January 11, 2008

GARLAND E. BURRELL, JR.
Chief United States District Judge