```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )   CR NO. 07-571-GEB
            Plaintiff,             )
                                   )   RELATED CASE ORDER
      v.                           )
                                   )
CESAR QUINTERO-FELIX;              )
JASMIN RUIZ;                       )
ARMANDO SANCHEZ;                   )
FELIX JAUREGUI;                    )
GENARO LUNA;                       )
JAMES LAWRENCE HONEYCUTT;          )
JESUS AVILA-AVILA;                 )
ERIC BROOKS; and                   )
AID LUANGRATH, JR.,                )
                                   )
            Defendants.            )
_____)
UNITED STATES OF AMERICA,          )   CR NO. 08-122-EJG
                                   )
            Plaintiff,             )
                                   )
ERIC BROOKS, aka Adolfo Quiroz;    )
OLIVIA WIMMER, aka Celia Hipolito, )
                                   )
            Defendants.            )
_____)
```

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a), since they are based on the same or similar claims.  Accordingly, the assignment of the actions to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under

1 | Local Rule 83-123 merely results in the actions being assigned to
2 | the same judge; no consolidation of the actions is effected.  Under
3 | the regular practice of this court, related cases are generally
4 | assigned to the judge to whom the first filed action was assigned.
5 |      IT IS THEREFORE ORDERED that action CR No. 08-122 EJG is
6 | reassigned to Judge Garland E. Burrell, Jr. for all further
7 | proceedings.  Henceforth, the caption on documents filed in the
8 | reassigned case shall show the initials "GEB" instead of the other
9 | judge's initials.
10 |      IT IS FURTHER ORDERED that the Clerk of the Court make
11 | appropriate adjustment in the assignment of criminal cases to
12 | compensate for this reassignment.
13 |      IT IS SO ORDERED.
14 | Dated:  March 20, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge