**ERIN J. RADEKIN, SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
JAZMIN RUIZ (APONTE)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-00571-TLN |
| Plaintiff, | |
| v. | **ORDER RE: MOTION FOR DISCLOSURE OF PRESENTENCE INVESTIGATION REPORT, ANY/ALL SEALED DOCUMENTS, AND/OR ANY OTHER CONFIDENTIAL RECORDS** |
| JAZMIN RUIZ (APONTE), | |
| Defendant. | |

The Court has considered Defendant's Motion for Disclosure of the Presentence Investigation Report, Any/all Sealed Documents, and/or any other confidential records.

Good cause appearing, and consistent with applicable law governing the confidentiality and limited disclosure of such materials, the Court ORDERS as follows:

1. Presentence Report Disclosure.

The United States Probation Office is authorized to disclose to defense counsel, Erin J. Radekin, a copy of the Presentence Investigation Report ("PSR") prepared in this matter, including any addenda.

2.  Disclosure of Other Sealed or Confidential Materials.

1

To the extent maintained by the Clerk of Court or the United States Probation Office, the following materials may be disclosed to defense counsel:

      (a) Any sentencing memoranda or attachments previously filed under seal;

      (b) Any probation memoranda or correspondence submitted to the Court; and

      (c) Any other sealed or confidential documents directly related to sentencing in this case.

3.  Use Limitation.

The materials disclosed pursuant to this Order shall be used solely for purposes of representation in connection with this case, including any postconviction, resentencing, or related proceedings.

4.  Non-Disclosure.

Defense counsel shall not further disclose the PSR or any sealed materials to any third party except:

      (a) To the defendant;

      (b) To members of the defense team, including investigators, experts, or staff, as reasonably necessary; or

      (c)  As otherwise authorized by further order of this Court.

5.  No Public Filing.

The PSR and any sealed materials shall not be filed on the public docket.  Any reference to such materials in future filings shall comply with applicable sealing and redaction rules.

6.  Return or Destruction.

Upon conclusion of representation, defense counsel shall either return the materials to the United States Probation Office or maintain them in a secure manner consistent with applicable protective obligations.

7.  Continuing Jurisdiction.

This Court retains jurisdiction to enforce or modify this Order.

IT IS SO ORDERED.

DATED: April 20, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

3